IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CASE NO. 4:09CR24 |
| v. | § § | |
| DEMARCUS CORTEZ BATEMAN<br>MAURYIO D. BUCKNER | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On June 25, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Demarcus Cortez Bateman and Mauryio D. Buckner's Motion to Suppress (Dkt. 37) be DENIED.

The court, having made a *de novo* review of the objections raised by Defendants, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Defendants are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that Defendants Demarcus Cortez Bateman and Mauryio D. Buckner's Motion to Suppress (Dkt. 37) is **DENIED**.

**SIGNED this the 2nd day of July, 2009.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE